**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action |
| | ) | |
| v. | ) | No. 07-10142-05 |
| | ) | |
| JASON TISDALE | ) | |
| Defendant. | ) | |
| _____ | ) | |

**ORDER**

This court held a status conference on February 18, 2009, and made several detailed rulings from the bench. For the reasons stated on the record, and summarized below, the court rules as follows.

Tisdale's motion request for notice pursuant to Rule 807 (Dkt. No. 921) is granted, in that the government must make such disclosures no later than **Friday, May 8, 2009.**

Tisdale's motion to allow gang experts to attend trial (Dkt. No. 925) is granted. Both the government and the defense may have their experts attend trial.

Tisdale's motion in limine to preclude investigative officers from testifying as expert witnesses (Dkt. No. 1043) is denied. Investigative officers have testified in the prior trial, and the court will not prohibit such testimony in this case at the outset.

IT IS SO ORDERED this 20th day of February, 2009.

s/ J. Thomas Marten
J. THOMAS MARTEN, JUDGE